UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: <u>18-12566-JKO</u>

IN RE:

DIANNE P. RAMIAL

      Debtor,
_____/

**NOTICE OF APPEARANCE OF COUNSEL**

     Marc Brown, Esq. hereby files this appearance as attorney of record for JONATHAN WHITE AS TRUSTEE OF THE JONATHAN WHITE REVOCABLE TRUST U/T/D SEPTEMBER 25, 1992.  Please direct all future correspondence, pleadings, etc., to the undersigned.

        **/s/Marc Brown, Esq.**
        Marc Brown, Esq.
        *Attorney for Creditor Jonathan White as Trustee of the Jonathan White Revocable Trust u/t/d September 25, 1992*
        Marc Brown, P.A.
        1995 E. Oakland Park Blvd.
        Suite 310
        Fort Lauderdale, FL  33306
        Telephone: (954) 566-5678
        Fax: (954) 566-4560
        E-Mail: marc@marcbrownpa.com
        Florida Bar Number: 30077

I HEREBY CERTIFY that on March 13, 2018, I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following to all parties registered to receive such service in the CM/ECF System.

        **/s/Marc Brown, Esq.**
        Marc Brown, Esq.