UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

DIANNE P. RAMLAL                                        Case No.: 18-12566-JKO
        Debtor     /                               Chapter 13

## DEBTOR'S AMENDED MOTION TO MODIFY CHAPTER 13 PLAN

The Debtor, DIANNE P. RAMLAL, by and through undersigned counsel, moves this Court to allow Debtor to modify her confirmed Third Amended Chapter 13 Plan, and for the Court to confirm the Second Modified Chapter 13 Plan and in support thereof state as follows:

1. On August 17, 2018, the Court entered an Order Confirming Debtor's Third Amended Chapter 13 Plan (the "Plan"; DE #46).

2. The Debtor is financially able to fund the proposed Second Modified Chapter 13 Plan ("2MP").

3. The Debtor wishes to continue making payments to her creditors via the proposed 2MP, including Jonathan White Revocable Trust u/t/d September 25, 1992, Broward County Tax Collector, as listed in her schedules.

4. The proposed 2MP pays one-hundred percent of the Debtor's unsecured claims.

5. The proposed 2MP indicates that the Debtor wishes to surrender the 2015 Chrysler 200 secured by Summit Financial Corp.

6. No party will be prejudiced if the instant Motion is granted.

WHEREFORE, the Debtor respectfully requests that this Honorable Court enter an Order allowing her to modify the confirmed Third Amended Chapter 13 Plan, confirm the proposed Second Modified Chapter 13 Plan, and for whatever further relief the Court deems just and

appropriate under the circumstances.

    Respectfully submitted on this 20th day of February, 2019.

                          **VAN HORN LAW GROUP, P.A.**
330 N. Andrews Ave., Suite 450
Fort Lauderdale, Florida 33301
(954) 765-3166
(954) 756-7103 (facsimile)
chad@cvhlawgroup.com
By: /s/ Chad Van Horn, Esq.
Chad Van Horn, Esq.
FL Bar 64500