UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 18-12566-BKC-JKO
PROCEEDING UNDER CHAPTER 13

IN RE:

DIANNE P. RAMLAL
XXX-XX-5491

_____DEBTOR_____/

## TRUSTEE'S MOTION TO DISMISS AND CERTIFICATE OF SERVICE OF COURT GENERATED NOTICE OF HEARING

**COMES NOW**, Robin R. Weiner, Standing Chapter 13 Trustee in the above-referenced bankruptcy case ("Trustee"), and files her Motion to Dismiss pursuant to 11 U.S.C. §1307(c) for the reason(s) set forth below:

1.   Failure to make required payments under the Plan as required by 11 U.S.C. §1307;

**WHEREFORE**, your movant recommends it is in the best interest of the creditors and the estate that this petition under Chapter 13 be dismissed.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Trustee's Motion to Dismiss and Certificate of Service of Court Generated Notice of Hearing was served, via U.S. first class mail, certified mail and/or CM/ECF, upon the parties listed on the attached service list this 7th day of August, 2019.

_____*/s/ Robin R. Weiner*_____
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

MOTION TO DISMISS
CASE NO.:  18-12566-BKC-JKO

**SERVICE LIST**

**COPIES FURNISHED TO:**

**DEBTOR**
DIANNE P. RAMLAL
1747 FUNSTON ST
APT 8
HOLLYWOOD, FL  33020-6413

**ATTORNEY FOR DEBTOR**
CHAD T. VAN HORN, ESQUIRE
330 N ANDREWS AVENUE
SUITE 450
FT. LAUDERDALE, FL  33301

**CREDITOR(S)**
ANDREW J. MEYERS, ESQUIRE
115 S ANDREWS AVENUE
FORT LAUDERDALE, FL  33301

BROWARD COUNTY RECORDS, TAXES & TREASURY DIV.
115 S ANDREWS AVENUE ROOM A100
FT LAUDERDALE, FL  33301

JONATHAN WHITE AS TRUSTEE
JONATHAN WHITE REVOCABLE TRUST
POB 37
DEERFIELD BEACH, FL  33443-0037

MARC BROWN, P.A.
1995 E. OAKLAND PARK BLVD SUITE 310
FORT LAUDERDALE, FL  33306

NAVIENT SOLUTIONS, INC.
C/O DEPARTMENT OF EDUCATION LOAN SERVICES
POB 9635
WILKES-BARRE, PA  18773-9635

NAVIENT SOLUTIONS, INC.
C/O DEPARTMENT OF EDUCATION SERVICING
POB 740351
ATLANTA, GA  30374-0351

MOTION TO DISMISS
CASE NO.:  18-12566-BKC-JKO

PORTFOLIO RECOVERY ASSOCIATES, LLC
POB 12914
NORFOLK, VA  23541

PORTFOLIO RECOVERY ASSOCIATES, LLC
POB 41067
NORFOLK, VA  23541

SUMMIT FINANCIAL CORPORATION
100 NW 100TH AVENUE
PLANTATION, FL  33324

SUMMIT FINANCIAL CORPORATION
POB 9013
ADDISON, TX  75001

UNITED STATES TREASURY
POB 7317
PHILADELPHIA, PA  19101-7317

WESTLAKE FINANCIAL SERVICES
4751 WILSHIRE BLVD, SUITE 100
LOS ANGELES, CA  90010