# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

CASE NO.:  18-12566-BKC-JKO
PROCEEDING UNDER CHAPTER 13

**IN RE:**

DIANNE P. RAMLAL
XXX-XX-5491

DEBTOR                                        /

## REPORT OF NON COMPLIANCE

**COMES NOW** the Trustee, Robin R. Weiner, Esquire, and reports to the Court as follows:

1. Pursuant to Administrative Order 98-6, a Notice of Delinquency was served on October 17, 2019, as a result of the Debtor's failure to remain current under the confirmed plan.

2. The Debtor has not become current.

3. Accordingly, the Trustee reports that this case should be dismissed.

**WHEREFORE**, the Trustee reports these facts to the Court for appropriate action.
**RESPECTFULLY SUBMITTED** this 10th day of December, 2019.

   **I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this  Report Of Non Compliance was served, via U.S. first class mail, certified mail and/or CM/ECF, upon the parties listed on the attached service list this 10th day of December, 2019.

_____
*/s/ Robin R. Weiner*
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

REPORT OF NON COMPLIANCE
CASE NO.:  18-12566-BKC-JKO

## SERVICE LIST

### COPIES FURNISHED TO:

### DEBTOR
DIANNE P. RAMLAL
1747 FUNSTON ST
APT 8
HOLLYWOOD, FL  33020-6413

### ATTORNEY FOR DEBTOR
CHAD T. VAN HORN, ESQUIRE
330 N ANDREWS AVENUE
SUITE 450
FT. LAUDERDALE, FL  33301